1  M. John Carson (SBN41285)
   jcarson@foley.com
2  Victor de Gyarfas (SBN171950)
   vdegyarfas@foley.com
3  FOLEY & LARDNER, LLP
   555 South Flower Street, Suite 3500
4  Los Angeles, CA 90071-2411
   Telephone: 213-972-4500
5  Facsimile: 213-486-0065

6  Attorneys for Plaintiff
   THE WINSFORD CORPORATION
7
   Craig S. Summers (SBN108688)
8  craig.summers@kmob.com
   David G. Jankowski (SBN205634)
9  david.jankowski@kmob.com
   Mark Lezama (SBN253479)
10 mark.lezama@kmob.com
   John W. Holcomb (SBN172121)
11 jholcomb@kmob.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
12 2040 Main Street, 14th Floor
   Irvine, California 92614
13 Telephone: 949-760-0404
   Facsimile: 949-760-9502
14 Steven E. Snow (*admitted pro hac vice*)
   ses@psh.com
15 PARTRIDGE SNOW & HAHN LLP
   180 South Main Street
16 Providence, RI 02903
   Telephone: 401-861-8200
17 Facsimile: 401-861-8210
   Attorneys for Defendant
18 GEORGE PATTON ASSOCIATES, dba
   DISPLAYS2GO.COM
19

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| THE WINSFORD CORPORATION, | Case No. 2:09-CV-04780-CBM (CTx) |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| GEORGE PATTON ASSOCIATES, dba DISPLAYS2GO.COM, | |
| Defendant. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, with the consent of the parties, that:

1. This court has jurisdiction over the parties and the subject matter of the above-captioned action.

2. Plaintiff, The Winsford Corporation, is the owner of the Birdcage Design trademark described in the Complaint and United States Trademark Registration No. 1,682,820. Defendant acknowledges the ownership of the Birdcage Design by Plaintiff, and the validity of such trademark.

3. From and after January 1, 2010, the Defendant, George F. Patton Associates, Inc., d/b/a Displays2Go.com, is permanently enjoined from the marketing, sale or distribution of any bellmans' carts that bear the Birdcage Design trademark or any confusingly similar design.

4. The aforementioned injunction is entered by the agreement and consent of the parties, and it shall not be construed to constitute a finding or admission of infringement or liability, the same being expressly denied by Defendant.

5. Defendant will not assist, aid or abet any other person or business entity in engaging in or performing any of the activities prohibited by this Order.

Dated: 1/13/2010

_____
United States District Judge